[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 23-13409

Non-Argument Calendar

_____

In re: GREGORY BRIAN MYERS,

Debtor.

_____

GREGORY BRIAN MYERS,

Plaintiff-Appellant,

*versus*

U.S. BANK NATIONAL ASSOCIATION,
as Trustee for Credit Suisse First Boston Mortgage
Acceptance Corp., CSFB Mortgage- Backed Pass-
Through Certificates, Series 2005-11,

2                    Opinion of the Court                    23-13409

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 2:22-cv-00498-JES,
Bkcy No. 2:21-bk-00123-FMD

_____

Before BRANCH, LUCK, and LAGOA, Circuit Judges.

PER CURIAM:

Gregory Myers, proceeding *pro se*, appeals from the district court's September 5, 2023, order affirming the bankruptcy court's denial of his motion to avoid a judicial lien and the October 3, 2023, order denying his motion for reconsideration.  On May 17, 2024, we held this appeal in abeyance pending the resolution of appeal number 23-13081, in which Myers appealed a district court order dismissing his appeal of the bankruptcy court's dismissal of the Chapter 13 bankruptcy case.  A panel of this Court resolved 23-13081 on December 31, 2024, affirming the district court's judgment.

We lack jurisdiction over this appeal because the dismissal of Myers's underlying Chapter 13 case and the subsequent affirmance of that dismissal renders this appeal moot.  *See Neidich v. Salas*, 783 F.3d 1215, 1216 (11th Cir. 2015).  Myers filed and litigated his motion to avoid the judicial lien in the now-concluded Chapter

23-13409                Opinion of the Court                3

13 case, so we cannot provide meaningful relief from the denial of that motion.  Accordingly, we DISMISS this appeal for lack of jurisdiction.